### SOUTHERN STATES EXPLORING AND FINANCE SYNDICATE LIMITED
### *v.* McMANUS.

LITTLE, J.  1. It does not appear, as alleged in the motion for a new trial, that
the contentions of the defendant were not fairly and fully stated to the jury.
2. It was not erroneous to allow the plaintiff to testify to the fact that he sent a
report to the defendant, when the judge, at the time the evidence was ad-
mitted, restricted such evidence to the fact that the report was made.
3. The judge properly rejected evidence relating to transactions between the
plaintiff and another, which had no relevancy to the issues on trial.
4. The refusal to grant a nonsuit as to a particular item of the plaintiff's account
was proper, there being no such thing as a "partial nonsuit." *Swain* v. *Ma-
con Fire Insurance Co.,* 102 *Ga.* 96 ; *Talbotton R. Co.* v. *Gibson,* 106 *Ga.* 229 ;
*Southern Ry. Co.* v. *Hardin,* 107 *Ga.* 379.
5. The request to charge was not warranted by the evidence, and was therefore
properly refused.

6. There was, under the evidence, no error in charging the jury, of which complaint is made in the motion.
7. The record contains sufficient evidence to support the verdict.

*Judgment affirmed. All the Justices concurring.*

Argued June 4,—Decided July 20, 1901.

Complaint on account.　Before Judge Reid.　City court of Atlanta.　January 15, 1901.

*Tompkins & Alston,* for plaintiff in error.

*Goodwin & Hallman, J. A. Anderson,* and *R. G. Hartsfield,* contra.